

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,587-01

### IN RE TEXAS DEPARTMENT OF CRIMINAL JUSTICE PAROLE DIVISION, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS IN CAUSE NO. B18532 IN THE 198TH DISTRICT COURT FROM KERR COUNTY

*Per curiam.*

### O R D E R

Relator filed a motions for leave to file and petition for writ of mandamus, pursuant to the original jurisdiction of this Court. The petition requests that we issue a writ of mandamus in the underlying case, ordering the district court to vacate its habeas order which directed Relator to withdraw its parole revocation warrant and dismiss the parole revocation proceedings against real party in interest, Marsha Renee Howell.

Respondent, Honorable Rex Emerson, is invited to respond. Real Party in Interest, Marsha Renee Howell, is also invited to provide a response. All responses shall be submitted within 14 days of the date of this order. This motion for leave to file a writ of mandamus will be held in abeyance

pending further order from this Court.

Pending further order from this Court, the Respondent's order purporting to grant habeas relief is stayed.

Filed: March 30, 2022
Do not publish